GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY LLC SERIES 7920 CORAL POINT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF5., a National Association,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 7920 CORAL POINT, a Nevada Limited Liability Company; TERRA WEST COLLECTIONS GROUP LLC d/b/a Assessment Management Services, a Nevada Limited Liability Company and SOUTH SHORES COMMUNITY ASSOCIATION, a Nevada Non-Profit Coop Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00907-RFB-GWF<br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for SATICOY BAY LLC SERIES 7920 CORAL POINT does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for SATICOY BAY LLC SERIES 7920 CORAL

///

| | |
|---|---|
| 1 | POINT in the above-entitled matter in his place and stead. |
| 2 | Dated this 27 day of July, 2017. |

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for SATICOY BAY LLC SERIES 7920 CORAL POINT in the above-entitled matter.

Dated this 31 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

SATICOY BAY LLC SERIES 7920 CORAL POINT, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 20 day of July, 2017.

SATICOY BAY LLC SERIES 7920 CORAL POINT

By: Iyad "Eddie" Haddad

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: 8/3/2017