UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUSTCOMPANY, AS TRUSTEE FOR THEHOLERS OF THE FIRST FRANKLINMORTGAGE LOAN TRUST 2006-FF5, MORTGAGE PASS-THROUGHCERTIFICATES, SERIES 2006-FF5., a National Association, <br><br> Plaintiff, <br><br> v. <br><br> SATICOY BAY LLC SERIES 7920 CORALPOINT, a Nevada Limited Liability Company; TERRA WEST COLLECTIONS GROUP LLC d/b/a Assessment Management Services, a Nevada Limited Liability Company and SOUTHSHORES COMMUNITY ASSOCIATION, a Nevada Non-Profit Coop Corporation, <br><br> Defendants. | Case No. 2:17-cv-00907-RFB-GWF <br><br> ORDER |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in <u>Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n</u>, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**[IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Defendant South Shores Community Association's

Motion to Dismiss re [1] Complaint is DENIED without prejudice. ECF No. [9]

**IT IS FURTHER ORDERED** that Defendant Saticoy Bay LLC Series 7920 Coral Point's Motion to Dismiss re [1] Complaint is DENIED without prejudice. ECF No. [11].

The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion to Dismiss or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**DATED** this 22nd day of March, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**