WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5, MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2006-FF5., a National Association,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 7920 CORAL POINT, a Nevada Limited Liability Company; TERRA WEST COLLECTIONS GROUP LLC d/b/a Assessment Management Services, a Nevada Limited Liability Company and SOUTH SHORES COMMUNITY ASSOCIATION, a Nevada Non-Profit Coop Corporation<br><br>Defendants. | Case No.: 2:17-cv-00907-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SOUTH SHORES COMMUNITY ASSOCIATION'S MOTION TO DISMISS** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 ("Deutsche"), Saticoy Bay LLC Series 7920 Coral Point, LLC ("Buyer"), and South Shores

Community Association ("HOA"), by and through their respective attorneys of records, and hereby agree and stipulate as follows.

1. On December 4, 2018, HOA filed a Motion to Dismiss Deutsche Bank National Trust Company's Complaint [ECF No. 36] ("Motion");
2. Deutsche's response to HOA's Motion is due December 18, 2018;
3. Deutsche's counsel is requesting an additional fourteen (14) days to file its response to HOA's Motion, and thus requests up to January 2, 2019, to file an Opposition;
4. This extension is requested to allow parties to continue settlement discussions, which have already commenced between the parties.
5. Counsel for HOA does not oppose this extension;
6. This Stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 10th day of December, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5*

DATED this 10th day of December, 2018

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant, South Shores Community Association*

Case No.:  2:17-cv-00907-RFB-GWF

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated this __12th__ day of __December__, 2018.

_____.
RICHARD F. BOULWARE, II
United States District Judge