| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Robert A. Riether, Esq.<br>Nevada Bar No. 12076 |
| 3 | 7785 W. Sahara Ave, Suite 200<br>Las Vegas, Nevada 89117 |
| 4 | (702) 475-7967; Fax: (702) 946-1345<br>rriether@wrightlegal.net |
| 5 | *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5, MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2006-FF5., a National Association,<br><br>  Plaintiff,<br><br>   vs.<br><br>SATICOY BAY LLC SERIES 7920 CORAL POINT, a Nevada Limited Liability Company; TERRA WEST COLLECTIONS GROUP LLC d/b/a Assessment Management Services, a Nevada Limited Liability Company and SOUTH SHORES COMMUNITY ASSOCIATION, a Nevada Non-Profit Coop Corporation<br><br>  Defendants. | Case No.:  2:17-cv-00907-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5, Defendant, Saticoy Bay LLC Series 7920 Coral Point, LLC, and Defendant, South Shores Community Association (collectively the "Parties"), by and through their respective attorneys of

Page 1 of 2

records, stipulate that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs. The Parties now wish this Court close this action.

DATED this 24th day of April, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5*

DATED this 24th day of April, 2019.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant, South Shores Community Association*

DATED this 24th day of April, 2019.

**LAW OFFICE OF MICHAEL F. BOHN, LTD.**

*/s/ Adam R. Trippiedi*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
*Attorneys for Defendant Saticoy Bay, LLC Series 7920 Coral Point*

Case No.: 2:17-cv-00907-RFB-GWF

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of April, 2019.